**Dismissed and Memorandum Opinion filed February 28, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01094-CV

_____

## SANDRA SMITH, Appellant

## V.

## HOUSTON HOUSING AUTHORITY-IRVINTON VILLAGE, Appellee

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1022614**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 3, 2012. The notice of appeal was filed December 7, 2012. To date, our records show that appellant has not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On January 17, 2013, this court ordered appellant to pay the appellate filing fee on or before February 1, 2013, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.